Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 4

> **Island Exterior Fabricators, LLC,**
>
>                **Plaintiff,**
>
> v.
>
> **DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,**
>
>                **Defendants.**

**SUMMONS**
Court No. 26-01529

**TO:** The Above-Named Defendants:

    You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ Frank Morgan
Frank Morgan

March 6, 2026
Date

Emily Lawson
Frank H. Morgan, III
APPLETON LUFF
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8522/Email: lawson@appletonluff.com
\*\*\*\*
1025 Connecticut Avenue, NW, Suite 1000
Washington DC 20036
Tel: (703) 627-4276/Email: morgan@appletonluff.com

William C. Shayne
SHAYNE LAW GROUP, P.C.
262 West 38th St., Suite 1705
New York, NY 10018
Tel: (212) 566-4949/Email: wshayne@shaynelawgroup.com